```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17390
   RAYMOND L BAYLOCK II
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3716

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/29/2006 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE     CURRENT MORTG         .00           .00            .00
OPTION ONE MORTGAGE     MORTGAGE ARRE      378.20           .00         378.20
ROUNDUP FUNDING LLC     UNSEC W/INTER      238.08           .00            .00
CRED PROTECTION ASSOCIAT NOTICE ONLY    NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER  NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    360.51            .00            .00
COMCAST                 UNSEC W/INTER      612.64           .00            .00
GLENDA J GRAY           DEBTOR ATTY      2,574.00                      2,574.00
TOM VAUGHN              TRUSTEE                                          218.80
DEBTOR REFUND           REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    3,171.00

PRIORITY                                              .00
SECURED                                            378.20
UNSECURED                                             .00
ADMINISTRATIVE                                   2,574.00
TRUSTEE COMPENSATION                               218.80
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                     3,171.00              3,171.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |